
FILED
JUN 29 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-105-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES BRETT HARRIS, | |
| Defendant. | |

For the reasons stated on the record, CHARLES BRETT HARRIS is hereby released from the custody of the U.S. Marshals Service.

DATED this 29th day of June, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1